IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THERESA KAY ARAUJO, | ) | |
| | ) | 8:09CV26 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | MEMORANDUM |
| | ) | AND ORDER |
| SECRETARY OF THE ARMY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for a telephone conference with counsel.  After consultation with counsel,

IT IS ORDERED that:

(1)     A hearing will be held to consider the petitioner's petition and the respondent's position regarding that petition on Thursday, January 29, 2009, at 4:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2)     The Army shall make the petitioner available in person for the hearing and shall coordinate with the United States Marshal's Service the custody of the petitioner while she is in the courthouse.

(3)     All briefs regarding this matter shall be filed no later than January 28, 2009, at 12:00 noon.

(4)     The court declines to prohibit the Army from transferring the petitioner to Fort Sill, Oklahoma.

January 16, 2009.                    BY THE COURT:

                                     *S/Richard G. Kopf*
                                     United States District Judge